UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLAH,

                Petitioner,

      v.

RICHARD D. EADIE,

                Respondent.

No. C07-813RSL

ORDER DISMISSING PETITION
FOR WRIT OF QUO WARRANTO

The Court, having reviewed Petitioner's petition for writ of quo warranto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, petitioner's "Acceptance of Report and Recommendation," and the remainder of the record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. #4).

(2)     In his "Acceptance of Report and Recommendation," (Dkt. #5) Petitioner states "I, accept the Report and Recommendation . . . [and] I withdraw the complaint/Petition." Based on this voluntary dismissal of the petition, and for the reasons set forth in the Report and Recommendation, the Court DISMISSES the petition for writ of quo warranto without prejudice. Petitioner's application to proceed *in forma pauperis* is therefore DENIED as moot.

(3)     The Clerk of Court is directed to send a copy of this Order to Petitioner and to Judge Donohue.

ORDER OF DISMISSAL

1     DATED this 28th day of March, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL         -2-